1 | WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
2 | 400 Capitol Mall, Suite 1100
Sacramento, CA 95814
3 | Telephone: (916) 444-7900
Fax: (916) 444-7998
4 | WJP@Portanova.com

5 | Attorney for Defendant
SETH BEKENSTEIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SETH BEKENSTEIN,<br><br>Defendant. | CASE Nos. 2-25-cr-00219; 2:25-cr-00220<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSTION HEARING**<br><br>DATE: December 8, 2025<br>TIME: 9:30 AM<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by defendant SETH BEKENSTEIN, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the disposition hearing scheduled for December 8, 2025, should be vacated and continued to December 22, 2025, at 9:30 a.m.

Counsel for the defendant desires additional time to investigate and discuss disposition with his client. The government and U.S. Probation do not object to this continuance.

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING      1

                                              Respectfully submitted,

DATED: December 1, 2025                  */s/ William F. Portanova*
                                              WILLIAM F. PORTANOVA
                                              Attorney for Defendant
                                              SETH BEKENSTEIN

DATED: December 1, 2025                  ERIC GRANT
                                              United States Attorney

                                              */s/ Douglas Harman*
                                              DOUGLAS HARMAN
                                              Assistant United States Attorney

## **ORDER**

        The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Bekenstein's Disposition hearing set for December 8, 2025 is continued to December 22, 2025, at 9:30 a.m. before District Court Judge Dale A. Drozd.

        IT IS SO ORDERED.

Dated:   **December 1, 2025**

                                                DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE